PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Arthur Todd Vitola       Cr.: 12-00013-001
     PACTS #: 63151

Name of Sentencing Judicial Officer:    THE HONORABLE RENEE M. BUMB
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/16/2012

Original Offense: 18:371.F; Conspiracy To Sink Vessel

Original Sentence: Probation - 5 years

Special Conditions: Special Assessment - $100; Restitution - $83,836.13; Location Monitoring Program – 8 months; Alcohol/Drug Testing and Treatment; Mental Health Treatment; New Debt Restrictions; Self-Employment/Business Disclosure; Letter to the Judge

Type of Supervision: Probation                        Date Supervision Commenced: 04/16/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                      The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**

                     On March 1, 2017, the undersigned officer conducted an unscheduled home visit at the offender's address of record, Beach House Motel, 3172 Route 9 South, Room 109, Rio Grande, New Jersey, 08242. The undersigned officer observed that the offender's pupils were constricted and that he appeared to be under the influence of drugs. Additionally, drug-related paraphernalia was observed, specifically a syringe cap along with a spoon encrusted with burnt residue, which appeared to be the remanence of heroin. The undersigned officer then requested that the offender provide a urine sample to be drug tested using a ten panel instant drug test. The offender agreed to do so, denying that the test would yield a positive result for illicit drugs. The offender then provided a sample to the undersigned officer, however, the undersigned officer observed that the sample was completely clear and of a cold temperature, suggesting that the sample was not the offender's urine. When questioned, the offender first stated that the sample was truly his urine, but then suggested that a friend slipped something into his drink the night prior, therefore, he provided toilet water as a sample. After additional questioning, the offender then admitted that he used heroin earlier that day and signed a Drug Admission Form.

Prob 12A – page 2
Arthur Todd Vitola

U.S. Probation Officer Action:

On March 6, 2017, the undersigned officer transported the offender to Maryville, Inc., Residential Center located at 1903 Grant Avenue, Williamstown, New Jersey. The offender agreed to participate in a treatment plan consisting of a psychiatric evaluation, five days of inpatient, non-medical detox, and 28 days of short-term residential treatment. On March 11, 2017, the undersigned officer was notified by Maryville nursing staff that the offender was admitted to Kennedy Hospital for a bone infection, specifically osteomyelitis, in his hand. As a result of the bone infection, a Peripherally Inserted Central Catheter, or PICC line, was inserted into the offender's body in order for him to receive intravenous antibiotics for a period of six weeks. Because of the insertion of a PICC line, the offender was no longer eligible for inpatient substance abuse treatment and was, therefore, medically discharged from Maryville, Inc. on March 14, 2017. On March 15, 2017, the staff at Kennedy Hospital assisted the offender in obtaining admission to Courthouse Convalescent Center, an extended-stay nursing home facility, where the offender will remain without the ability to leave for the six week period until the intravenous antibiotics are completed and the PICC line is removed. The offender remains at the nursing home located at 144 Magnolia Drive, Cape May Court House, New Jersey, as of this date.

No court action is recommended at this time. The offender is scheduled to expire from his term of supervision on April 15, 2017.

Respectfully submitted,
By: Carly T. Schultz
U.S. Probation Officer
Date: 03/20/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

March 21, 2017
_____
Date